# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Robert Horne,

Plaintiff(s),

v.

City of Chicago, Officer Celani and Officer Rodenberg ,

Defendant(s).

Case No. 13 C 3307

Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $       ,

    which ☐ includes      pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Jury finds in favor of Plaintff on excessive force claim against Defendant Rodenberg. Jury finds in favor of Defendant on failure to intervene claim against Defendant Celani. Jury finds in favor of Defendant on battery claim against Defendants Rodenberg and City of Chicago. Jury finds in favor of Plaintiff on willful and wanton claim against Defendants Rodenberg and City of Chicago. Jury finds in favor of Defendant for willful and wanton claim against Defendant Celani and City of Chicago. Jury awards Compensatory damages to Plaintiff Robert Horne: $75,000. Jury awards Total damages to Plaintiff Robert Horne: $75,000.

This action was *(check one)*:

☒ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 11/7/2014　　　　　　　　　　　Thomas G. Bruton, Clerk of Court

　　　　　　　　　　　　　　　　　　　Carole Gainer, Deputy Clerk