**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT HORNE, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO.    13 C 3307 |
| | ) | |
| CITY OF CHICAGO, OFFICER CELANI   and | ) | |
| OFFICER RODENBERG, | ) | |
| Defendants. | ) | |

## STIPULATION AS TO THE JUDGMENT ENTERED IN THIS CAUSE
## AND STATUTORY ATTORNEYS' FEES AND COSTS

The parties, by their respective attorneys stipulate and agree as follows:

1.      Defendant City of Chicago agrees to pay Seventy-Five Thousand and 00/100 Dollars ($75,000.00) in full satisfaction of the judgment for compensatory damages entered against Defendants City of Chicago and Jeffrey Rodenberg, as indemnitor pursuant to 745 ILCS 10/9-102.

2.      In addition, Plaintiff agrees to accept and Defendant City of Chicago agrees to pay Eighty Thousand and 00/100 Dollars ($80,000.00) in full satisfaction of Plaintiff's attorneys' fees pursuant to 42 U.S.C. § 1988.

3.      In addition, Plaintiff agrees to accept and Defendant City of Chicago agrees to pay Eleven Thousand One Hundred Seventeen and 37/100 Dollars ($11,117.37), in full satisfaction of Plaintiff's costs as indemnitor pursuant to 745 ILCS 10/9-102 and 42 U.S.C. § 1988.

| | |
|---|---|
| /s/Basileios J. Foutris | /s/Victoria R. Benson |
| Basileios J. Foutris | Victoria R. Benson |
| Attorney for Plaintiff | Attorney for Defendants |
| Foutris Law Office, Ltd. | City of Chicago, Department of Law |
| 53 W. Jackson Blvd., Suite 252 | 30 N. LaSalle Street, Suite 900 |
| Chicago, Illinois 60604 | Chicago, Illinois 60602 |
| (312) 212-1200 | (312) 742-1842 |
| bfoutris@foutrislaw.com | victoria.benson@cityofchicago.org |
| Atty No. 6272237 | Atty No. 6282508 |